IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, JAMES S. JORGENSEN,<br>Plaintiffs,<br><br>v.<br><br>CKV DESIGN BUILD CONSTRUCTION, INC.<br><br>Defendant. | No. 07 C 3351<br><br>Judge Guzman |

## PLAINTIFFS' MOTION FOR DEFAULT AND DAMAGES

Plaintiffs, the Laborers Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity (the "Laborers' Funds"), request that the Court find CKV Design Build Construction, Inc. ("Defendant") in default and enter an amount of damages against CKV Design Build Construction, Inc., in the total amount of $18,693.88. In support of this motion, plaintiffs state:

1. On June 14, 2007, plaintiffs filed a lawsuit under the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. §§1143 and 1132(g)(2) and under the Labor management Relations Act ("LMRA"), as amended, 29 U.S.C. §185(a) seeking unpaid contributions owed to the Laborers' Funds for the period September 28, 2006 through the present.

2. On July 12, 2007, service of the Complaint upon the Company was accomplished by an Affidavit of Compliance for Service on the Secretary of State under the Business Corporation Act, which is attached hereto as Exhibit A. Service was effected in such manner because, as

1

described by the attached Affidavit, the Company's registered agent could not with reasonable diligence be found at the registered office of record in Illinois. (Exhibit A). Twenty days has lapsed since service of the Complaint and Summons was effected. (Exhibit A).

4. Defendant CKV Design Build Construction, Inc. produced books and records to the Funds' auditors at the firm of Richard J. Wolf and Company, Inc., for the period covering September 28, 2006 through June 30, 2007. As set forth in the affidavit of Michael Christopher, principal contributions are owed to the Welfare, Pension, Training, LECET, CAICA and and LDCLMCC Funds and for Union dues in the amount of $14,245.11. (Attached hereto as Exhibit B)

5. Liquidated damages and interest are due as established by Mr. Christopher's affidavit. On June 1, 2007, pursuant to the respective Agreements and Declarations of Trust of the Laborers Funds to which CKV Design Build Construction, Inc. is bound, the percentage at which liquidated damages would be calculated was increased from 10% to 20% for everything owed with the exception of Union dues (dues are still calculated at 10%). Therefore, liquidated damages calculated at 10% are owed in the amount of $1,147.23, and liquidated damages calculated at 20% are owed in the amount of $511.27. Interest is due in the amount of $256.52 through October 26, 2007. Also, accumulated penalties are due in the amount of $216.48. The plaintiffs have incurred $600.00 in audit costs. (See Exhibit B).

6. Pursuant to ERISA, §1132(g)(2), reasonable attorneys' fees are owed by the delinquent employer for all work performed in the collection of unpaid contributions. The parties' collective bargaining agreement requires that the employer pay all fees for which the Trustees become legally bound to pay "including damages, interest, audit costs, filing fees and any other expenses incurred." Reasonable attorneys' fees and costs are established by an affidavit of Karen

2

I. Engelhardt, plaintiffs' counsel, in the total amount of $1,503.75 in attorney's fees (See, Affidavit of Karen I. Engelhardt, attached hereto as Exhibit C). Costs are owed in the amount of $430.00, consisting of filing fees and service fees. (Exhibit C).

Wherefore, plaintiffs drafted a proposed judgment order for default and a total judgment against CKV Design Build Construction in the amount of $18,693.88, and requiring the Company to obtain a surety bond.

Respectfully submitted,

/s/ Angie M. Cowan
One of plaintiffs' attorneys

Wesley G. Kennedy
Karen I. Engelhardt
N. Elizabeth Reynolds
Angie M. Cowan
Allison, Slutsky & Kennedy, P.C.,
230 W. Monroe Street Suite 2600
Chicago, IL 60606
(312) 364-9400                                              October 29, 2007